Civil Action No. 2:25-cv-00637

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Yuma
was received by me on *(date)* March 4, 2025 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynda Bushing , who is
designated by law to accept service of process on behalf of *(name of organization)* City of Yuma
______________________ on *(date)* March 4, 2025 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2025

[signature]
*Server's signature*

Matthew Umbower YUPS7-25
*Printed name and title*

YUMA ATTORNEY SERVICE LLC
227 S. 2nd Avenue, Suite A
Yuma, Arizona 85364
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 2:25-cv-00637

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Baisch

was received by me on *(date)* March 4, 2025 .

☑ I personally served the summons on the individual at *(place)* 1500 South 1st Avenue, Yuma, AZ 85364 on *(date)* March 4, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ 75.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2025

[signature]
*Server's signature*

Matthew Umbower YUPS7-25
*Printed name and title*

YUMA ATTORNEY SERVICE LLC
227 S. 2nd Avenue, Suite A
Yuma, Arizona 85364
*Server's address*

Additional information regarding attempted service, etc: