Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br><br>Plaintiff,<br><br>v.<br><br>City of Yuma; James Baisch, in his personal capacity,<br><br>Defendants. | No. 2:25-cv-00637-ROS-JZB<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The Parties, by and through undersigned counsel, pursuant to Local Rule 7.3, jointly stipulate and agree to extend the deadline for Defendants City of Yuma and James Baisch (collectively "Defendants") to respond to Plaintiff's Complaint until April 15, 2025. This stipulation represents the first extension of this deadline. Currently, Defendants' responsive pleading deadline is March 25, 2025. The additional time is needed to fully respond to the allegations contained in Plaintiff's Complaint.

The Parties submit that this request to extend the time to respond to Plaintiff's Complaint is made in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

DATED this 21st day of March, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By *_/s/ Derek R. Graffious_*
Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

ASU Sandra Day O'Connor College of Law

By *_/s/ Aaron A. Baumann_* (w/permission)
Gregg P. Leslie
Aaron A. Baumann
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Attorneys for Plaintiff Lucas Mullikin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq.*
Aaron A. Baumann, Esq.*
Samuel Pritchett**
Aliza Lewis**
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Aaron.Baumann@asu.edu
spritch2@asu.edu
ajlewi20@asu.edu
*Certified supervising attorney pursuant to L.R. Civ. 83.4(e)
**Certified limited practice student pursuant to L.R. Civ. 83.4(e)
*Attorneys for Plaintiff Lucas Mullikin*

*_/s/ Cindy Castro_*