Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and
James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br><br>Plaintiff,<br><br>v.<br><br>City of Yuma; James Baisch, in his personal capacity,<br><br>Defendants. | No. 2:25-cv-00637-ROS-JZB<br><br>**STIPULATION TO EXTEND REMAINING EXPERT DEADLINES**<br><br>**(First Request)** |

The Parties, by and through undersigned counsel, pursuant to Local Rule 7.3, jointly stipulate and agree to extend the remaining deadlines associated with expert disclosures in this matter. Presently, Defendants' deadline to disclose its expert opinions is October 31 and Plaintiff's rebuttal deadline is December 5. The Parties request and agree to extend Defendants' expert deadline by three weeks to November 21, 2025 and correspondingly extend the rebuttal deadline to January 9, 2026. The extension of these deadlines will not affect any other deadline set in the Court's March 29, 2025 Case Management Order. [Doc. 19.] This extension is requested to accommodate defense expert's travel arrangements that require him to be out of state for a portion of October and which cannot be changed.

/ / /

The Parties submit that this extension request is made in good faith and not for the purposes of delay or harassment.

DATED this 8th day of October, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By *\/s\/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

ASU Sandra Day O'Connor College of Law

By *\/s\/ Aaron A. Baumann* (w/permission)
Gregg P. Leslie
Aaron A. Baumann
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Attorneys for Plaintiff Lucas Mullikin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq.
Aaron A. Baumann, Esq.
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Aaron.Baumann@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

*\/s\/ Cindy Castro*