**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br>Plaintiff,<br>v.<br>City of Yuma, et al.,<br>Defendants. | No. CV-25-00637-PHX-ROS (JZB)<br>**ORDER** |

Pending before the Court is the Parties' "Stipulation to Extend Remaining Expert Deadlines" (doc. 28). In their Stipulation, the Parties agree to extend the remaining expert disclosure deadlines by three weeks. (Doc. 28 at 1.) Good cause appearing, the Court will **grant** the Stipulation.

Accordingly,

**IT IS ORDERED** that the Parties' Stipulation to Extend Remaining Expert Deadlines (doc. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' deadline to disclose its expert opinions is extended to **NOVEMBER 21, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff's rebuttal deadline is extended to **JANUARY 9, 2026**.

**IT IS FURTHER ORDERED** that the deadline for completing fact discovery, including discovery by subpoena, remains on **FEBRUARY 13, 2026**.

**IT IS FURTHER ORDERED** that the deadline for expert depositions remains on

**FEBRUARY 13, 2026**.

**IT IS FURTHER ORDERED** that the deadline for dispositive motions remains on **MARCH 27, 2026**.

**IT IS FURTHER ORDERED** that the deadline for good faith settlement talks remains on **NOVEMBER 21, 2025**.

**IT IS FURTHER ORDERED** that in all other respects, the Court's May 29, 2025, Scheduling Order (doc. 19) remains in effect.

Dated this 8th day of October, 2025.

Honorable John Z. Boyle
United States Magistrate Judge