Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma and
James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Lucas Mullikin,

Plaintiff,

v.

City of Yuma; James Baisch, in his personal capacity,

Defendants.

No. 2:25-cv-00637-ROS-JZB

**Joint Report Re: Good Faith Settlement Talks**

Pursuant to this Court's Scheduling Order [Doc. 19], undersigned counsel submit their Joint Report to the Court regarding their good faith settlement talks. On November 18, 2025, the Plaintiff Mullikin and his counsel, Aaron Baumann, Gregg Leslie, and ASU students Desiree Arzate and Addie Ascherl, along with defense counsel Michele Molinario, Derek Graffious, and Melynda Meyrick and Assistant City Attorney Emily Hart participated in the Good Faith Settlement Talks virtually as permitted by this Court [Doc. 34]. While the Parties participated in good faith, they were unable to reach a settlement agreement at this time.

The Parties do not request the Court's assistance in reaching a resolution at this time. In the even settlement is reached in the future, the Parties will promptly notify the Court.

DATED this 26th day of November, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ Michele Molinario w/permission*
Gregg P. Leslie
Aaron A. Baumann
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, Arizona 85004
Attorneys for Plaintiff

By */s/ Michele Molinario*
Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma and James Baisch

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq.
Aaron A. Baumann, Esq.
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Aaron.Baumann@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

*/s/ Crystal Wong*



119246220.1