Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Lucas Mullikin,

Plaintiff,

v.

City of Yuma; James Baisch, in his personal capacity,

Defendants.

No. 2:25-cv-00637-ROS-JZB

**NOTICE OF DEPOSITION OF PLAINTIFF LUCAS MULLIKIN**

YOU ARE HEREBY NOTIFIED that, pursuant to FRCP 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups of which those persons belong is given below.

If you require an interpreter to translate your testimony, please advise the attorney undersigned no later than ten (10) days before the deposition date, designating the specific language and dialect.

/ / /

/ / /

/ / /

**PERSONS TO BE EXAMINED:** LUCAS MULLIKIN
c/o Gregg P. Leslie, Esq.
Aaron A. Baumann, Esq.
ASU Sandra Day O'Connor College of Law
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
(480) 884-2881

**DATE AND TIME OF THE DEPOSITION:** February 2, 2026, at 10:00 a.m.

**LOCATION OF DEPOSITION:** JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
(602) 263-4464

DATED this 9th day of January, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By *￼/s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq.
Aaron A. Baumann, Esq.
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Aaron.Baumann@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

Copy E-Mailed to:

Simms & Associates
Suzanne@simmsandassociates.net
Michael@simmsandassociates.net
*Court Reporter*

*/s/ Cindy Castro*



119401283.1