**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Lucas Mullikin,

Plaintiff,

v.

City of Yuma, et al.,

Defendants.

No. CV-25-00637-PHX-ROS (JZB)

**ORDER**

Pending before the Court is the Parties' "Stipulation to Extend Deadline for Completing Fact Discovery for Limited Purpose" (doc. 41). Good cause appearing, the Court will grant the Stipulation.

Accordingly,

**IT IS ORDERED** that the Parties' Stipulation to Extend Deadline for Completing Fact Discovery for Limited Purpose (doc. 41) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Parties' deadline for completing fact discovery is extended to **FEBRUARY 18, 2026**, for the limited purpose of taking the deposition of Yuma Police Department Chief Thomas Garrity.

**IT IS FURTHER ORDERED** that all other fact discovery, including discovery by subpoena, remains on **FEBRUARY 13, 2026**.

**IT IS FURTHER ORDERED** that the deadline for dispositive motions remains on **MARCH 27, 2026**.

**IT IS FURTHER ORDERED** that, in all other respects, the deadlines and

provisions established in the Court's May 29, 2025, Scheduling Order (doc. 19) and October 8, 2025, Order (doc. 29) remain in effect.

Dated this 23rd day of January, 2026.

Honorable John Z. Boyle
United States Magistrate Judge