**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**
Aaron A. Baumann, Bar No. 033754
Gregg P. Leslie, Bar No. 035040
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
(480) 727-7398
Aaron.Baumann@asu.edu
Gregg.Leslie@asu.edu
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucas Mullikin,<br><br>*Plaintiff;*<br>v.<br><br>City of Yuma;<br>James Baisch, in his personal capacity,<br><br>*Defendants.* | No. 2:25-cv-00637-ROS-JZB<br><br>**NOTICE OF DEPOSITION OF THOMAS GARRITY** |

TO: Thomas Garrity
c/o Derek R. Graffious
Jones, Skelton, & Hochuli P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, Plaintiff will take the deposition of the person whose name and address is stated above upon oral examination, to be recorded by stenographic means, via Zoom with link to follow. The deposition will commence at 10:00 a.m. on February 18, 2026.

RESPECTFULLY SUBMITTED this 26th day of January, 2026.

**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**

By: /s/ Aaron Baumann
Aaron A. Baumann
Gregg P. Leslie
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent via the CM/ECF system to the foregoing:

Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Dated this 26th day of January, 2026.

/s/Aaron Baumann