Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br><br>Plaintiff,<br><br>v.<br><br>City of Yuma; James Baisch, in his personal capacity,<br><br>Defendants. | No. 2:25-cv-00637-ROS-JZB<br><br>**JOINT NOTICE TO THE COURT RE: REBUTTAL EXPERT OPINIONS** |

The Parties, by and through undersigned counsel, hereby provide this notice to the Court regarding Plaintiff's rebuttal expert opinions. Defendants disclosed expert opinions on November 21, 2025. Plaintiff disclosed rebuttal expert opinions on January 9, 2026. Since then, the Parties have taken pertinent depositions, including Plaintiff and Defendant Officer Baisch. The parties further agreed to extend the discovery deadline for the limited purpose of conducting Yuma Police Chief Thomas Garrity's deposition on February 18, 2026.

On February 11, 2026, defense counsel initiated discussions with Plaintiff's counsel regarding issues with Plaintiff's expert opinions. Specifically, Defendants raised that some of Plaintiff's expert's opinions go beyond the scope of rebuttal. In conferring about the issue, Plaintiff and Defendants agreed to confer further to see whether the Parties could come to an agreement regarding some, or all, of the opinions that Defendants believe

go beyond the scope of rebuttal. The parties are currently in the process of having those discussions.

The Parties are cognizant of the close of discovery deadline being February 13, 2026. As the Parties are still conferring and may come to an agreement regarding this issue, they have further agreed that should a complete resolution not be reached, that Defendants are not waiving their right to challenge Plaintiff's expert's "rebuttal" opinions, including but not limited to, whether Plaintiff failed to timely disclose expert opinions, and instead disclosed "rebuttal" opinions that are not in rebuttal of any opinion offered by Defendants' police expert. To that end, the Parties further agreed to resolve any remaining issue by way of *Daubert* motion, along with any other basis that may be raised at that time.

Out of an abundance of caution, the Parties provide this notice to advise the Court of this issue and the parties' diligence in attempt to resolve this expert discovery dispute without court intervention. The Parties submit that this agreement is made in good faith and not for purposes for delay or harassment.

DATED this 13th day of February, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By *\/s/ Derek R. Graffious*
Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

ASU Sandra Day O'Connor College of Law

By *\/s/ Gregg P. Leslie* (w/permission)
Gregg P. Leslie
Aaron A. Baumann
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Attorneys for Plaintiff Lucas Mullikin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq.
Aaron A. Baumann, Esq.
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
Aaron.Baumann@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

*/s/ Cindy Castro*