**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**
Aaron A. Baumann, Bar No. 033754
Gregg P. Leslie, Bar No. 035040
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
(480) 727-7398
Aaron.Baumann@asu.edu
Gregg.Leslie@asu.edu
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucas Mullikin,<br><br>*Plaintiff;*<br>v.<br><br>City of Yuma;<br>James Baisch, in his personal capacity,<br><br>*Defendants.* | No. 2:25-cv-00637-ROS-JZB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AARON A. BAUMANN FOR PLAINTIFF** |

Pursuant to L.R. Civ. 83.3(b), Aaron A. Baumann submits his Notice of Withdrawal as counsel for the Plaintiff in this case. No substitution of counsel is necessary because the Plaintiff continues to be represented by other counsel of record at the ASU Sandra Day O'Connor College of Law First Amendment Clinic, Public Interest Law Firm whose name appears in the signature block below.

RESPECTFULLY SUBMITTED this 19th day of February, 2026.

**ASU Sandra Day O'Connor College of Law**
**First Amendment Clinic, Public Interest Law Firm**

By: /s/ Aaron Baumann

Aaron A. Baumann
Gregg P. Leslie
111 E Taylor St, Mail Code 8820
Phoenix, AZ 85004
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent via the CM/ECF system to the foregoing:

Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Dated this 19th day of February, 2026.

/s/Aaron Baumann