Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and
James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Lucas Mullikin,

Plaintiff,

v.

City of Yuma; James Baisch, in his personal capacity,

Defendants.

No. 2:25-cv-00637-ROS-JZB

**STIPULATION TO EXTEND THE RESPONSE/REPLY DEADLINES RELATING TO PENDING MOTIONS**

The Parties, by and through undersigned counsel, hereby stipulate to extend the deadlines to respond/reply to Defendants' Motion for Summary Judgment (Doc. 58), Defendants' Daubert Motion re: Roger Clark (Doc. 53), and Plaintiff's Motion for Partial Summary Judgment (Doc. 54), as follows:

1. Plaintiff's response to both motions shall be extended up to and including **May 15, 2026**.
2. Defendants may file their replies in support of both motions up to and including **June 12, 2026**.
3. Defendants' response to Plaintiff's Motion for Partial Summary Judgment shall be extended up to and including **May 15, 2026**.

/ / /

4. Plaintiff may file his reply in support of his Motion for Summary Judgment up to and including **June 12, 2026**.

The reason for the extension is so that the briefing schedules between the three motions can be aligned and provide sufficient time for each of the respective parties to fully address all the issues raised therein. The Parties submit that this extension request is made in good faith and not for the purposes of delay or harassment.

DATED this 2nd day of April, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By *_/s/ Derek R. Graffious_*

Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

ASU Sandra Day O'Connor College of Law

By *_/s/ Gregg P. Leslie_* (w/permission)

Gregg P. Leslie
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Attorneys for Plaintiff Lucas Mullikin

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Gregg P. Leslie, Esq..
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

*/s/ Cindy Castro*