Michele Molinario, Bar #020594
Derek R. Graffious, Bar #033486
Melynda M. Meyrick, Bar #039695
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1746
Fax: (602) 200-7831
mmolinario@jshfirm.com
dgraffious@jshfirm.com
mmeyrick@jshfirm.com

Attorneys for Defendants City of Yuma, and James Baisch

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br><br>Plaintiff,<br><br>v.<br><br>City of Yuma; James Baisch, in his personal capacity,<br><br>Defendants. | No. 2:25-cv-00637-ROS-JZB<br><br>**JOINT STIPULATION REGARDING WITHDRAWAL OF CERTAIN PLAINTIFF'S EXPERT OPINIONS** |

The Parties, by and through undersigned counsel, hereby stipulate and agree to the voluntary withdrawal of certain expert opinions by Plaintiff's police practices expert, Roger Clark. The Parties previously indicated to the Court that they were attempting to resolve these issues amongst themselves and that the issue would be raised in the subsequent *Daubert* Motion. [Doc. 47.] On March 27, 2026, Defendants filed their *Daubert* Motion and included in Section II, titled "Mr. Clark's Opinions Go Beyond Rebuttal." [Doc. 53 at pp. 7–9.] The Parties have further conferred and Plaintiff has agreed to withdraw and not use, elicit testimony, argue, or otherwise present any evidence in response to any dispositive motion or at trial any of the challenged opinions included in Section II of the *Daubert* motion, including the following opinions:

- Mr. Clark's Opinion # 9 [Doc. 53-1 at p. 24]
- Mr. Clark's Opinion # 10 [*Id.* at p. 24–25]

- Mr. Clark's Additional Opinion # 2 [*Id.* at p. 25]
- Mr. Clark's Additional Opinion # 3 [*Id.* at p. 25]
- Mr. Clark's Additional Opinion # 5 [*Id.* at p. 25]
- Mr. Clark's Additional Opinion # 6 [*Id.* at p. 26]
- Mr. Clark's recitation of the facts as they include a number of opinions that are unrelated to Handy's opinions.

Plaintiff agrees to strike, not utilize in response to a dispositive motion or at trial, and expressly withdraws the above-referenced opinions. While the Parties endeavored for this Stipulation to identify each and every instance relating to opinions that exceeded the scope of discovery, the Parties acknowledge that this Stipulation is intended to include *all* evidence, testimony, statements, opinions, etc. relating to the same and the absence of a specific statement, allegation, or opinion from this Stipulation does not mean that it is admissible or cognizable. The Parties further agree that this Stipulation should be construed to give effect to the Parties' intent, which is to preclude, withdraw, and strike any testimony, argument, or evidence that in any way relates to one of Mr. Clark's opinions that exceeded the scope of Rebuttal.

The Parties submit that this Stipulation is made in good faith and not for purposes of delay or harassment, but instead to clarify the agreement of the parties and obviate any potential confusion the jury may have if evidence, testimony, expert opinion, etc. relating in any way to opinions not in rebuttal to Mr. Handy's opinions.

///

///

///

///

///

///

///

///

DATED this 9th day of April, 2026.

JONES, SKELTON & HOCHULI, P.L.C.

By *~/s/ Derek R. Graffious~*

Michele Molinario
Derek R. Graffious
Melynda M. Meyrick
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants City of Yuma, and James Baisch

ASU Sandra Day O'Connor College of Law

By */s/ Gregg P. Leslie* (w/permission)

Gregg P. Leslie
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Attorneys for Plaintiff Lucas Mullikin

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record *via* the Court's CM/ECF system.

Gregg P. Leslie, Esq.
ASU Sandra Day O'Connor College of Law
First Amendment Clinic, Public Interest Law Firm
111 E. Taylor Street, Mail Code 8820
Phoenix, AZ 85004
Gregg.Leslie@asu.edu
*Attorneys for Plaintiff Lucas Mullikin*

*/s/ Cindy Castro*