**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lucas Mullikin,<br>Plaintiff,<br>v.<br>City of Yuma, et al.,<br>Defendants. | No. CV-25-00637-PHX-ROS (JZB)<br>**ORDER** |

Pending before the Court is the parties' "Joint Stipulation Regarding Withdrawal of Certain Plaintiff's Expert Opinions." (Doc. 62). In the Stipulation, the parties "agree to the voluntary withdrawal of certain expert opinions by Plaintiff's police practices expert, Roger Clark." (*Id.* at 1). Good cause appearing, the Stipulation will be granted.

Accordingly,

**IT IS ORDERED** the Joint Stipulation Regarding Withdrawal of Certain Plaintiff's Expert Opinions (doc. 62) is **GRANTED**.

**IT IS FURTHER ORDERED** the following opinions of Plaintiff's expert Roger Clark are withdrawn and shall not be used in any response to a dispositive motion or at trial:

- Mr. Clark's Opinion # 9 (Doc. 53-1 at 24);
- Mr. Clark's Opinion # 10 (*Id.* at 24–25);
- Mr. Clark's Additional Opinion # 2 (*Id.* at 25);
- Mr. Clark's Additional Opinion # 3 (*Id.* at 25);

- Mr. Clark's Additional Opinion # 5 (*Id.* at 25);
- Mr. Clark's Additional Opinion # 6 (*Id.* at 26); and
- Mr. Clark's recitation of the facts as they include a number of opinions that are unrelated to Handy's opinions.

Dated this 14th day of April, 2026.

Honorable Roslyn O. Silver
Senior United States District Judge