**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Lucas Mullikin,

Plaintiff,

v.

City of Yuma, et al.,

Defendants.

No. CV-25-00637-PHX-ROS (JZB)

**ORDER**

Pending before the Court is Plaintiff's "Motion for Page Extension in Support of Response to Motion for Summary Judgment" ("Motion for Page Extension"). (Doc. 68.) In the Motion, Plaintiff seeks permission to file his 23-page Proposed Response. (*Id.* at 1.) Good cause appearing, the Court shall grant the Motion.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Page Extension (doc. 68) is **GRANTED**. The Clerk of Court is kindly directed to file Plaintiff's Proposed "Response to Defendants['] Motion for Summary Judgment" and "Controverting Statement of Facts" (doc. 67).

Dated this 18th day of May, 2026.

Honorable John Z. Boyle
United States Magistrate Judge